IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE ESTATE OF MOLLY SUTTON,              )
By Co-Executors, Brenda Smith and        )
Peggy Tadlock,                           )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )          1:06CV787
                                         )
WALNUT STREET SECURITIES, INC.,          )
                                         )
                    Defendant.           )

ORDER

On March 8, 2007, the United States Magistrate Judge's Recommendation [Document #14] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). Plaintiff filed a summary Objection. The Court has now reviewed _de novo_ the Objection and the portions of the Recommendation to which objection was made, and finds that the Objection does not change the substance of the United States Magistrate Judge's ruling. The Magistrate Judge's Recommendation [Document #14] is therefore affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant Walnut Street Securities, Inc.'s Motion to Dismiss [Document #8] is GRANTED. A Judgment dismissing this action will be filed contemporaneously with this Order.

This, the 4th day of June, 2007.

_____
United States District Judge