IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THE ESTATE OF MOLLY SUTTON, ) | | |
| By Co-Executors, Brenda Smith and ) | | |
| Peggy Tadlock, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | 1:06CV787 | |
| ) | | |
| WALNUT STREET SECURITIES, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith adopting the United States Magistrate Judge's Recommendation dated March 8, 2007,

IT IS ORDERED AND ADJUDGED that Defendant Walnut Street Securities, Inc.'s Motion to Dismiss [Document #8] is GRANTED, and this case is hereby DISMISSED.

This, the 4th day of June, 2007.

_____
United States District Judge